AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:24-mj-00768-SDV |
| Anthony Pena a/k/a "Tony" | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

SEP 3 2024 AM9:40
FILED - USDC - BPT - CT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 25, 2024 _____ in the county of _____ Fairfield _____ in the _____ District of _____ Connecticut _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See Attached Affidavit of Federal Bureau of Investigations Special Agent Matthew Loucks

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Loucks, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 09/03/2024 _____

_____
*Judge's signature*

City and state: _____ Bridgeport, CT _____

Hon. S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*