Redacted
Case 3:24-cr-00186-SVN    Document 123-1    Filed 05/01/25    Page 1 of 25

Redacted

Redacted
Case 3:24-cr-00186-SVN    Document 123-1    Filed 05/01/25    Page 10 of 25

[12]



Body armor seized by Danbury Police.

[13]



# Body Armor Panel Level NIJ IIIA

This armor fully complies with the national institute of justice standard 0101.06 for all workmanship, labeling and performance requirements.

This Body Armor will withstand penetration of following projects and velocities:

| Caliber | PROJ WT gr | Description | BARREL Description | VELOCITY F/S |
|---|---|---|---|---|
| .22 Mag. | 45 | J.H.P. | J.H.P. | 1370 |
| .357 Mag. | 158 | J.S.P. | J.S.P. | 1188 |
| .45 ACP | 230 | F.M.J. | | 827 |
| 9 mm | 124 | F.M.J. | F.M.J. | 1400 |
| .44 Mag | 240 | J.S.P. | F.M.J. | 1400 |
| | | | J.S.P. | |

SIZE:          Date of Issue:                    Serial Number:

- 200D Polyester Cover    • Ballistic Insert -    ■ Kevlar®/Twaron® fabric
- Hot Melt Waterproof Seal                        ☐ ArmorED™ Polyethylene

WARNING: This armor is not intended to protect the wearer from rifle fire or sharp edged or pointed instruments!

Cleaning Instruction: Don't wash, but wipe off the dirt by wet cotton textile with mild soap.

BALLISTIC WARRANTY EXPIRES 5 YEARS FROM PURCHASE.

[14]



Honda Civic used to backend victims' SUV.



[15]



Baseball bat found in the backseat of the Honda after the victims' abduction.

[16]

Ram ProMaster van after Borrero, Pena, Diaz, and Romero fled from it.



[17]



Back cargo hold of van where victims had been forcibly placed and held -- plastic sheeting, baseball bats and duct tape found inside.

[18]



Back of van with second baseball bat and jump rope inside.

[19]



Lamborghini driven by victims at time of carjacking and kidnapping.

[20]



Front seat of Lamborghini as found by police after carjacking; baseball bat found inside.

[21]



Close up of baseball bat.  Traces of blood found on the bat.

Redacted
Case 3:24-cr-00186-SVN   Document 123-1   Filed 05/01/25   Page 23 of 25